IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04430 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.20.136, | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

Plaintiff commenced this action on September 27, 2015. Pursuant to Rule 4(m) the deadline to effectuate service was January 25, 2016. On October 18, an order granted plaintiff's request to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information. Plaintiff received defendant's information on January 6, 2016. On January 25, plaintiff filed a motion seeking to extend the deadline within which to effectuate service. Plaintiff shall have until **FEBRUARY 5** to effectuate service.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE