**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Malibu Media Copyright Litigation* | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | No. C 15-04108 WHA |
| | No. C 15-04112 WHA |
| | No. C 15-04152 WHA |
| | No. C 15-04154 WHA |
| | No. C 15-04159 WHA |
| | No. C 15-04160 WHA |
| | No. C 15-04170 WHA |
| | No. C 15-04173 WHA |
| | No. C 15-04174 WHA |
| | No. C 15-04175 WHA |
| | No. C 15-04176 WHA |
| | No. C 15-04195 WHA |
| | No. C 15-04243 WHA |
| | No. C 15-04244 WHA |
| | No. C 15-04246 WHA |
| | No. C 15-04248 WHA |
| | No. C 15-04280 WHA |
| | No. C 15-04287 WHA |
| | No. C 15-04289 WHA |
| | No. C 15-04291 WHA |
| | No. C 15-04430 WHA |
| | No. C 15-04441 WHA |
| | No. C 15-04442 WHA |
| | No. C 15-04443 WHA |
| | No. C 15-05383 WHA |
| | No. C 15-05384 WHA |
| | No. C 15-05385 WHA |
| | No. C 15-05386 WHA |
| | No. C 15-05387 WHA |
| | No. C 15-05388 WHA |
| | No. C 15-05389 WHA |
| | No. C 15-05391 WHA |
| | No. C 15-05394 WHA |
| | No. C 15-05395 WHA |
| | No. C 15-05397 WHA |
| | No. C 15-05398 WHA |

|   |   |
|---|---|
| 1 | No. C 15-05399 WHA |
| 2 | No. C 15-05400 WHA |
|   | No. C 15-05401 WHA |
| 3 | No. C 15-05402 WHA |
|   | No. C 15-05403 WHA |
| 4 | No. C 15-05404 WHA |
|   | No. C 15-05405 WHA |
| 5 | No. C 15-05406 WHA |
|   | No. C 15-05407 WHA |
| 6 | No. C 15-05408 WHA |
|   | No. C 15-05409 WHA |
| 7 | No. C 15-05410 WHA |
|   | No. C 15-05411 WHA |
| 8 | No. C 15-05412 WHA |
|   | No. C 15-05413 WHA |

/

The case management conferences in the above-captioned matters scheduled for March 3 at 11:00 a.m. are hereby **CONTINUED** to **MARCH 10 AT 11:00 A.M.** The parties shall please submit a joint case management statement **SEVEN CALENDAR DAYS** prior to the case management conference.

Dated: February 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2