IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04430 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.20.136, | **ORDER FURTHER EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

An order extended the deadline to effectuate service by February 5. Plaintiff has not yet received the unredacted summons and seeks to further extend the deadline to effectuate service. Plaintiff shall have until **FEBRUARY 19** to effectuate service.

**IT IS SO ORDERED.**

Dated: February 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE